# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILL SITTON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>　　　　　Defendants. | 2:17-cv-00111-JCM-VCF<br>**ORDER SCHEDULING TELEPHONIC HEARING** |

Before the court is Plaintiff's Motion to Extend Time (ECF No. 31).

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing on Plaintiff's Motion to Extend Time (ECF No. 31) is scheduled for 10:00 AM, January 23, 2018.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 29th day of December, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE