UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WILL SITTON, | Case No. 2:17-CV-111 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| LVMPD, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff Will Sitton's motion to extend time to file a response to defendant David Farrara's motion to dismiss. (ECF No. 47); *see* (ECF No. 42).

On December 26, 2017, defendant filed a motion to dismiss. (ECF No. 42). A response to the motion was due on January 9, 2018.

On January 10, 2018, plaintiff filed his motion to extend time to respond to defendant's outstanding motion.[1] (ECF No. 47). According to plaintiff's motion, he does not have continuous access to a legal library (presumably due to his incarceration), a problem that has been further complicated by closings due to the holidays. *Id.* Given his self-representation, he submits that he has not had enough time to adequately respond to defendant's motion. *Id.* He requests an additional 21 days to respond to defendant's motion to dismiss. *Id.*

. . .

. . .

. . .

. . .

---

[1] Plaintiff mailed the motion from Ely State Prison on January 8, 2018. *See* (ECF No. 47).

**James C. Mahan**
**U.S. District Judge**

Good cause appearing,

IT IS HEREBY ORDERED that plaintiff's motion to extend time (ECF No. 47) be, and the same hereby is, GRANTED. Plaintiff will have an additional 21 days from the date of this order to respond to defendant's motion to dismiss.

DATED January 11, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**