UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| WILL SITTON, | Case No. 2:17-CV-111 JCM (VCF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| LVMPD, et al., | |
| Defendant(s). | |

Presently before the court is defendant David Farrara's motion to extend time to file a reply in support of his motion to dismiss. (ECF No. 54); *see* (ECF No. 42).

On December 26, 2017, defendant filed a motion to dismiss. (ECF No. 42). Plaintiff responded to the motion on January 19, 2018. (ECF No. 52).

On January 23, 2018, defendant filed a motion to extend time to file his reply. (ECF No. 54). According to defendant's motion, his counsel did not receive plaintiff's response via Electronic Case Files until January 22, 2018. *Id.* This "effectively turn[ed] a 7-day deadline into a 4-day deadline." *Id.* He requests an additional 3 days to respond to defendant's motion to dismiss. *Id.*

Good cause appearing,

IT IS HEREBY ORDERED that defendant's motion to extend time (ECF No. 54) be, and the same hereby is, GRANTED. Defendant will have until January 29, 2018 to file a reply in support of his motion to dismiss.

DATED January 24, 2018.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**