**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILL SITTON,<br><br>               Plaintiff,<br><br>vs.<br><br>LVMPD, *et al.*,<br><br>               Defendants. | 2:17-cv-0111-JCM-VCF<br>**<u>ORDER</u>** |

      Before the Court is *Will Sitton v. LVMPD, et al.*, case number 2:17-cv-00111-JCM-VCF. Defendants have accepted service on behalf of Defendants Mendoza, Mashore, Hines, Gardea, and Yuzon. The last known address(es) of defendants Baker, Mowery, Storey, and Sands were filed under sealed. (ECF No. 60). They have no information in their database on Dumer, Bean or Billingsley and no SERT officer named Smith. (ECF No. 60 and 65).

      Accordingly,

      IT IS HEREBY ORDERED that Clerk of Court must reissue Summons on defendants Baker, Mowery, Storey, and Sands at the last known address filed under SEAL (ECF No. 60) and deliver same to the U.S. Marshal for service. The clerk is directed to seal the reissued Summons on defendant Baker, Mowery, Storey, and Sands. The clerk is directed mail to plaintiff four blank copies of the USM-285 forms. The clerk is directed to send four copies of the complaint and four copies of this order to the U.S. Marshal for service on defendants Baker, Mowery, Storey, and Sands. The plaintiff will have twenty (20) days to furnish to the U.S. Marshal the required USM-285 forms. Within twenty (20) days after plaintiff receives copies of the completed USM-285 forms from the U.S. Marshal, plaintiff must file a notice with

the court stating if defendants were served. If the plaintiff wishes to have the U.S. Marshal attempt service again on defendants, then a motion must be filed with the court.

IT IS SO ORDERED.

DATED this 27th day of February, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE