**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILL SITTON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,<br><br>　　　　　　Defendants. | 2:17-cv-00111-JCM-VCF<br>**ORDER** |

　　　　Before the Court is Plaintiff's Motion to Reissue Summons (ECF No. 91).

　　　　Plaintiff seeks to reissue Summons on Baker. Plaintiff states that Defendant did not accept service due to incorrect P number.

　　　　Service was unsuccessful at the last known address(es) for Mowrey and Sands. Plaintiff seeks the Court to reissue Summons on Mowrey and Sands at a later date. Plaintiff is hoping to locate their addressed through discovery. Plaintiff has no other address(es) to give the Court on Mowrey and Sands at this time. Plaintiff's request is open ended and does not provide a date certain, the request is denied. If Plaintiff has new information on their address(es), he may refile his request at a later date.

　　　　No opposition has been filed and the time to oppose has passed.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that Plaintiff's Motion to Reissue Summons (ECF NO. 91) is GRANTED in part and DENIED without prejudice in part, as stated above.

　　　　The Clerk of Court is directed to reissue Summons, without the P#, under seal on Baker at the address provided in ECF No. 71 at p. 2, and deliver same to the U.S. Marshal for service. The clerk is

1 directed to mail to plaintiff the USM-285 form. The clerk is directed to send copy of the Complaint, Summons, and copy of this order to the U.S. Marshal for service on Defendant Baker. Plaintiff has thirty (30) days within which to furnish to the U.S. Marshal the required USM-285 form with relevant information as to the Baker.

Within twenty (20) days after plaintiff receives copy of the completed USM-285 form from the U.S. Marshal, plaintiff must file a notice with the court stating if defendant was served. If the plaintiff wishes to have the U.S. Marshal attempt service again on defendant, then a motion must be filed with the court.

IT IS FURTHER ORDERED that the time to effectuate service on Defendant Baker is extended to August 10, 2018.

DATED this 29th day of May, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE