# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| WILL SITTON, <br><br>  Plaintiff, <br><br> vs. <br><br> LVMPD, *et al.*, <br><br>  Defendant. | 2:17-cv-00111-JCM-VCF <br><br> **ORDER** |

Before the Court is Plaintiff's Motion for Copy of Order ECF NO. 183.

Plaintiff states that he has not received a copy.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion for Copy of Order (ECF NO. 183) is GRANTED.

The Clerk's Office is directed to send Plaintiff a copy of ECF NO. 183.

DATED this 24th day of April, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE