**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

WILL SITTON,

        Plaintiff,

vs.

LVMPD, *et al.*,

        Defendant.

Case No.: 2:17-cv-00111-JCM-VCF

**ORDER**

Before the Court are Defendants' Joint Motion to Extend Discovery (ECF NO. 227) and Plaintiff's Motion for Qualified Protective Order or, Alternatively, to Modify Non-Party Subpoena Duces Tecum (ECF No. 232).

Accordingly, IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 2:00 PM, December 3, 2020, in Courtroom 3D, on the Defendants' Joint Motion to Extend Discovery (ECF No. 227) and Plaintiff's Motion for Qualified Protective Order or, Alternatively, to Modify Non-Party Subpoena Duces Tecum (ECF No. 232).

Plaintiff is ordered to appear telephonically.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 26th day of October, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE