# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WILL SITTON,

        Plaintiff,

vs.

LVMPD, *et al.*,

        Defendant.

Case No.: 2:17-cv-00111-JCM-VCF

**ORDER**

Before the Court is Plaintiff's Motion for Order to Show Cause and Sanctions (ECF Nos. 236 & 237).

Accordingly, IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 2:00 PM, December 3, 2020, in Courtroom 3D, on Plaintiff's Motion for Order to Show Cause and Sanctions (ECF Nos. 236 & 237).

Plaintiff is ordered to appear telephonically. The court will place the call and connect with Plaintiff at Ely State Prison with the number provided to the court by the prison.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 4th day of November, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE