**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

WILL SITTON,

        Plaintiff,

vs.

LVMPD, *et al.*,

        Defendants.

2:17-cv-00111-JCM-VCF

**ORDER**

Before the Court is Plaintiff's Request for Guidance from Court Or, Alternatively, Motion for Order Directing Clerk to Provide Defendants with Confidential Records (ECF No. 259).

Accordingly,

IT IS HEREBY ORDERED that a video conference hearing (for all parties, except Plaintiff will appear by telephone) is scheduled for 1:00 PM, April 5, 2021, on Plaintiff's Request for Guidance from Court Or, Alternatively, Motion for Order Directing Clerk to Provide Defendants with Confidential Records (ECF No. 259).

Plaintiff is ordered to appear telephonically. The court will place the call and connect with Plaintiff at Ely State Prison with the number provided to the court by the prison.

IT IS FURTHER ORDERED that all other parties must email Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, April 2, 2021.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR THE VIDEO CONFERENCE

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

• Log on to the call ten (10) minutes prior to the hearing time.

- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 16th day of February, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE