# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WILL SITTON,

        Plaintiff,

v.

LAS VEGAS METROPOLITAIN POLICE DEPARTMENT, et al.,

        Defendants.

Case No.: 2:17-cv-00111-JCM-VCF

**REFERRAL TO PRO BONO PROGRAM**

Before me are the motion to order settlement conference (ECF No. 297) and motion for appointment of counsel (ECF No. 301).

Accordingly, and good cause appearing,

I HEREBY ORDER that the motion to order settlement conference (ECF NO. 297) and motion for appointment of counsel (ECF No. 301) are GRANTED.

This case is referred to the Pro Bono Program ("Program") adopted in the Second Amended General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for plaintiff Will Sitton.  The scope of appointment will be for all purposes through the conclusion of trial by referring this case to the program, the court is not expressing an opinion as to the merits of the case.

I FURTHER ORDER that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

I FURTHER ORDER that the Clerk forward this order to the pro bono liaison.

The settlement conference will be scheduled after pro bono counsel has entered an appearance.

DATED this 10th day of March 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE