**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| WILL SITTON,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>LAS VEGAS METROPOLITAIN POLICE DEPARTMENT, et al.,<br><br>　　　　　　Defendant(s). | 2:17-cv-00111-JCM-VCF<br><br>**ORDER** |

Before the Court is *Will Sitton v. Las Vegas Metropolitan Police Department, et al.*, case number 2:17-cv-00111-JCM-VCF.

Accordingly,

IT IS HEREBY ORDERED that a video status conference hearing is scheduled for 2:00 PM, September 28, 2022, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that defense counsel, Robert W. Freeman, Jr. and Noel E. Eidsmore, will make the necessary arrangements for plaintiff Sitton to appear by video conference. Plaintiff Sitton may appear by telephone, if video conference is not possible at his facility. Counsel must coordinate with Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov regarding this arrangement by September 26, 2022.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by noon, September 27, 2022.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

DATED this 25th day of August 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE