# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WILL SITTON,

        Plaintiff,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

        Defendants.

2:17-cv-00111-JCM-VCF

**ORDER**

    Before the Court is *Will Sitton v. Las Vegas Metropolitan Police Department, et al.*, case no. 2:17-cv-111-JCM-VCF.

    The court received an email from Will Sitton's ex wife, Marlene Dyer, that Mr. Sitton is in the hospital and requests an extension to submit his confidential statement. See attached email. On September 29, 2022, the court scheduled a settlement conference for January 6, 2023, and ordered that the parties submit confidential statement by December 21, 2022. ECF No. 306.

    The court has learned from defense counsel, Robert Freeman, that Mr. Sitton is currently held at Clark County Detention Center. Mr. Sitton was hospitalized in November.

    Accordingly,

    IT IS HEREBY ORDERED that the settlement conference scheduled for January 6, 2023, will go forward as scheduled.

    IT IS FURTHER ORDERED that Mr. Sitton may have until December 29, 2022, to submit his confidential statement to chambers.

    The Clerk of Court is directed to email a copy of this order to wsitton63@gmail.com.

    DATED this 21st day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

| | |
|---|---|
| From: | Will Sitton <wsitton63@gmail.com> |
| Sent: | Wednesday, December 21, 2022 1:19 PM |
| To: | VCF Chambers |
| Subject: | Will Sitton ref#2:17-cv-00111-jcm-vcf doc#311 |

**CAUTION - EXTERNAL:**

Will has been in hospital and recovering from some health issues with his heart. He has tried to keep the timeline for documents needed, but his medical issues have prevented him from getting all the info needed and is requesting an extension on the deadline.

This communication is from Marlene Dyer (Will's ex-wife).

Please advise.

Thank you

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.