# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

WILL SITTON,

        Plaintiff(s),

v.

LVMPD SHERIFF LOMBARDO, et al.,

        Defendant(s).

2:17-cv-00111-JCM-VCF

**ORDER**

Before the Court is defendant Las Vegas Metropolitan Police Department Corrections Officers Andrew Saavedra, Marquis Hines, Manuel Gardea, and Theodoros Snowden's request for exemption of attendance requirement at the settlement conference scheduled for January 6, 2023. ECF NO. 314.

No opposition has been filed and the time to file an opposition has passed.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, it seems as though plaintiff has consented to the granting of the instant motion.

Accordingly,

IT IS HEREBY ORDERED that defendant Las Vegas Metropolitan Police Department Corrections Officers Andrew Saavedra, Marquis Hines, Manuel Gardea, and Theodoros Snowden's request for exemption of attendance requirement at the settlement conference scheduled for January 6, 2023 (ECF NO. 314), is GRANTED.

DATED this 30th day of December 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE