# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Will Sitton,

        Plaintiff(s),

v.

LVMPD Sherif Lombardo, et al.,

        Defendant(s).

2:17-cv-00111-JCM-VCF

**ORDER**

I have reviewed defendants' status report. ECF NO. 320.

Here, the good cause exists to vacate the settlement conference scheduled for November 20, 2023.

Accordingly, and good cause appearing,

I ORDER that the settlement conference scheduled for November 20, 2023, is VACATED.

I am scheduled to retire on January 7, 2024, and my successor will be sworn in on January 8, 2024. I am not able to reschedule another continued settlement conference before my retirement.

I FURTHER that the parties must file status report on Mr. Sitton's health on or before January 11, 2024.

The stay entered on January 6, 2023 will continue pending further order of the court.

DATED this 3rd day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE